

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0116

ANDREW J. BRUCK
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

November 18, 2021

**Via CM/ECF eFile**
Hon. Esther Salas, U.S.D.J.
King Fed. Bldg. & United States Courthouse
50 Walnut St., P.O. Box 999
Newark, New Jersey 07101-0999

Re:   *Saint-Jean v. Bergen County*
      Civil Action No. 2:19-cv-10680-ES-MAH

Dear Judge Salas:

Pursuant to Your Honor's direction during the October 15, 2021 case management conference, Defendants Michael Holland, Fabricio M. Salazar, Peter Wojcik, and Richard Dey wrote to the Third Circuit on November 5, 2021, advising the Court about the procedural posture of this matter in the District Court. ECF No. 106.

Earlier today, the Third Circuit Clerk's Office issued an order "advising that it appears it would not be appropriate to list the case for possible dismissal. All responses filed by the parties regarding the jurisdictional issue are referred to the merits panel. This does not in any way signify that a determination of jurisdiction has been made. Only the Court can make such a decision. The parties are directed to address this Court's jurisdiction in their briefs." The Clerk also issued a merits briefing schedule requiring Defendants-Appellants to submit their brief and appendix on or before December 28, 2021.

Defendants reiterate their request that Your Honor stay all proceedings in this matter pending resolution of the appeal.



R.J. HUGHES JUSTICE COMPLEX• TELEPHONE: (609) 376-2580 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Thank you for Your Honor's attention to this matter.

        Respectfully submitted,

        ANDREW J. BRUCK
        ACTING ATTORNEY GENERAL OF
        NEW JERSEY

By:   /s/ Bryan Edward Lucas
       Bryan Edward Lucas
       Deputy Attorney General

cc:   All Counsel of Record   **(Via CM/ECF eFile)**