

*State of New Jersey*

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. Box 116
TRENTON, NJ 08625-0116

MATHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

June 15, 2023

**Via Electronic Filing (CM/ECF)**
The Honorable Evelyn Padin, U.S.D.J.
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: <u>Fernando Saint-Jean v. Bergen County, et al.</u>
        Civil Action No. 2:19-CV-10680-ES-MAH
        DOL# 19-01617

Dear Judge Padin:

    I represent Defendants, Michael Holland, Fabricio M. Salazar, and Peter Wojckik ("Palisades Defendants") in the above matter. Currently pending before the Court is the Palisades Defendants' motion to dismiss the amended complaint pursuant to Rule 12(b)(6). <u>See</u> ECF No. 72.

    At this time, it is respectfully requested that the Court accept this letter as a request to withdraw the pending motion, without prejudice and without waiving Palisades Defendants' right to assert the defense of qualified immunity at a later stage of this litigation.



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-815-2985 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

June 15, 2023
Page 2

    Thank you for Your Honor's attention to this matter, and I thank the Court for its courtesies.

                              Respectfully submitted,

                              MATTHEW J. PLATKIN
                              ATTORNEY GENERAL OF NEW JERSEY

                              <u>/s/ Jae K. Shim</u>
                              Jae K. Shim
                              Deputy Attorney General
                              Attorney ID: 306432019

cc:  Counsel of Record                       (via CM/ECF)